UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

CIVIL ACTION
NO. 3:02CV00191 (AVC)

_____X
_____X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION
NO: 3:02CV1675(PCD)

_____X
_____X

ROBERT L. FUDA,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION
NO. 3:02CV01678 (RNC)

_____X

**FELA HEARING LOSS CASES -  MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

_____X

JOHN P. GEARY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_____X

ROBERT HICKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_____X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

_____X

RICHARD K. LASKEVITCH

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_____X

JOHN RAGGI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_____X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

3

```
_____X
JAMES SCOFIELD,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 3:02CV1683 (JCH)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
MICHAEL SELMONT,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 3:02CV1677 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
MILLARD J. SULLIVAN,
                                            CIVIL ACTION
        Plaintiff
                                            NO. 3:02CV01684 (JCH)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
FRANCIS BAKUTIS,
                                                    CIVIL ACTION
       Plaintiff
                                                    NO. 3:02CV01877 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X
ROBERT C. BLACK,
                                                    CIVIL ACTION
       Plaintiff
                                                    NO. 3:02CV01873 (AVC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X
JAMES CAFFREY,
                                                    CIVIL ACTION
       Plaintiff
                                                    NO. 3:02CV01884 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
```

5

```
_____X
CHARLES KANE,
                                             CIVIL ACTION
        Plaintiff
                                             NO. 3:02CV01878 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
KARL KAUTZ,
                                             CIVIL ACTION
        Plaintiff
                                             NO. 3:02CV01874 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
FREDERICK N. KOVAL,
                                             CIVIL ACTION
        Plaintiff
                                             NO. 3:02CV01879 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
SIGISMONDO LoVERME,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV01880 (PCD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
HENRY MACKEY,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV01881 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
LOUIS MURRAY,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:02CV01882 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

ALFRED C. SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

_____X

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

_____X

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01872 (RNC)

```
_____X
BILLY JOE WILSON,
                                              CIVIL ACATION
        Plaintiff
                                              NO. 3:02CV01876 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

NICKOLAS R. ATLAS,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02029 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY,

        Defendant
_____X
_____X

MICHAEL BETTINI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02030 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

PAUL F. CIUZIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02032 (JBA)

_____X

RICHARD FANNING,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

_____X

THOMAS FARLEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02035 (WWE)

_____X

CALOGERO FARRUGGIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_____X

CLYDE GIBBS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_____X

THOMAS INFANTINO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

```
_____X
ANTONIO P. SARTORI, JR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02039 (PCD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

LAWRENCE TRAMAGLINI,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 302CV02040 (SRU)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

JOSEPH WALZ,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV02041 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

MAURICE BARRETT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00180 (DJS)

_____X

DAVID BETRIX,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00181 (WWE)

_____X

THOMAS BYRNE, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00182 (CFD)

```
_____X
FRANK DiLORENZO,
                                          CIVIL ACTION
       Plaintiff
                                          NO. 3:03CV00183 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X

DENNIS INCONSTANTI,
                                          CIVIL ACTION
       Plaintiff
                                          NO. 3:03CV00184 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X

JOHN F. JOHNSON, JR.,
                                          CIVIL ACTION
       Plaintiff
                                          NO. 3:03CV00185 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
```

_____X

JOHN MELILLO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

_____X

JERRY D. PATTERSON, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00187 (GLG)

_____X

PEDRO RODRIGUEZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

15

```
_____X
RICHARD STARR,
                                                CIVIL ACTION
       Plaintiff
                                                NO. 3:03CV00189 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X
ROBERT WEST,
                                                CIVIL ACTION
       Plaintiff
                                                NO. 3:03CV00190 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants
_____X
_____X
ROBERT F. WRIGHT,
                                                CIVIL ACTION
       Plaintiff
                                                NO. 3:03CV00191 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

       Defendants                               NOVEMBER 14, 2003
_____X
```

## PLAINTIFFS' MOTION TO COMPEL METRO-NORTH

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

16

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9).  A memorandum of a law and an affidavit are being filed herewith.

                FOR THE PLAINTIFFS,

                By_____
                  Scott E. Perry (ct17236)
                  CAHILL & GOETSCH, P.C.
                  43 Trumbull Street
                  New Haven, Connecticut  06511
                  (203) 777-1000

### **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

                _____
                Scott E. Perry