===============================================================================

## UNITED STATES DISTRICT COURT

————————————————District of Connecticut————————————————

**APPEARANCE**

NICKOLAS R. ATLAS,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Action No: 3:02 CV 2029 (DJS)

METRO-NORTH RAILROAD COMPANY, ET AL,

       Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, Metro-North Railroad Company.

Date:　October 27, 2004　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Danielle-DiBerardini-Albrecht, Esq. (CT 26251)
　　　　　　　　　　　　　　　　　　　　RYAN, RYAN, JOHNSON & DELUCA, LLP
　　　　　　　　　　　　　　　　　　　　80 Fourth Street, P.O. Box 3057
　　　　　　　　　　　　　　　　　　　　Stamford, CT  06905-3057
　　　　　　　　　　　　　　　　　　　　Phone No.: (203) 357-9200

<u>FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED BY
MAGISTRATE JUDGE MARGOLIS</u>

## CERTIFICATE OF SERVICE

      I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se of record:

Scott Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511
Attorney for the plaintiff, Nickolas R. Atlas


this October 27, 2004


_____
Danielle-DiBerardini-Albrecht, Esq.


I:\Procases\205.154\ddaappearance.wpd