IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                            :
NICKOLAS ATLAS                              :    3:02 CV 2029 (DJS)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO.                    :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
MICHAEL BETTINI                             :    3:02 CV 2030 (RNC)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
RICHARD F. FANNING                          :    3:02 CV 2034 (SRU)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
THOMAS FARLEY                               :    3:02 CV 2035 (WWE)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: FEB. 24, 2005
                                            :
-----------------------------------------------------------x
```

| | |
|---|---|
| CALOGERO G. FARRUGGIO | 3:02 CV 2036 (CFD) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | |
|---|---|
| THOMAS INFANTINO | 3:02 CV 2038 (WWE) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | |
|---|---|
| ANTONIO SARTORI | 3:02 CV 2039 (PCD) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

| | |
|---|---|
| LAWRENCE TRAMAGLINI | 3:02 CV 2040 (SRU) |
| v. | |
| METRO-NORTH RAILROAD CO. ET AL. | DATE: FEB. 24, 2005 |

```
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                                          :    3:03 CV 182 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                                         :    3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                                         :    3:03 CV 184 (MRK)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN J. MELILLO                                            :    3:03 CV 186 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO.                                   :    DATE: FEB. 24, 2005
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
PEDRO S. RODRIGUEZ                                    :    3:03 CV 188 (JBA)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: FEB. 24, 2005
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
RICHARD STARR                                         :    3:03 CV 189 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: FEB. 24, 2005
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
ROBERT F. WRIGHT                                      :    3:03 CV 191 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: FEB. 24, 2005
                                                      :
------------------------------------------------------x
```

<u>RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES</u>

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, <u>Atlas</u>, 3:02 CV 2029 (DJS), Dkt. #29; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #57; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #52; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #52; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #57; <u>Infantino</u>, 3:02 CV 2038 (WWE), Dkt. #55; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #56; <u>Tramaglini</u>, 3:02 CV 2040 (SRU), Dkt. #48; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #45; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #50; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #53; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #28; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #53; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #47; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #54, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **<u>on or before April 1, 2005</u>**; defendant's expert report(s) shall be disclosed **<u>on or before April 30, 2005</u>**; defendant's expert(s) shall be deposed **<u>on or before May 30, 2005</u>**; plaintiff's expert report(s) shall be disclosed **<u>on or before May 30, 2005</u>**; and plaintiff's expert(s) shall be deposed **<u>on or before June 30, 2005</u>**.

Dated at New Haven, Connecticut, this 24th day of February, 2005.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge