IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
NICKOLAS ATLAS : 3:02 CV 2029 (DJS)
:
:
v. :
:
:
METRO-NORTH RAILROAD CO. : DATE: MARCH 2, 2005
:
------------------------------------------------------------x
------------------------------------------------------------x
:
MICHAEL BETTINI : 3:02 CV 2030 (RNC)
:
:
v. :
:
:
METRO-NORTH RAILROAD CO. ET AL. : DATE: MARCH 2, 2005
:
------------------------------------------------------------x
------------------------------------------------------------x
:
RICHARD F. FANNING : 3:02 CV 2034 (SRU)
:
:
v. :
:
:
METRO-NORTH RAILROAD CO. ET AL. : DATE: MARCH 2, 2005
:
------------------------------------------------------------x
------------------------------------------------------------x
:
THOMAS FARLEY : 3:02 CV 2035 (WWE)
:
:
v. :
:
:
METRO-NORTH RAILROAD CO. ET AL. : DATE: MARCH 2, 2005
:
------------------------------------------------------------x

```
-----------------------------------------------------------x
                                            :
CALOGERO G. FARRUGGIO                       :     3:02 CV 2036 (CFD)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :     DATE: MARCH 2, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
THOMAS INFANTINO                            :     3:02 CV 2038 (WWE)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :     DATE: MARCH 2, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
ANTONIO SARTORI                             :     3:02 CV 2039 (PCD)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :     DATE: MARCH 2, 2005
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
LAWRENCE TRAMAGLINI                         :     3:02 CV 2040 (SRU)
                                            :
                                            :
v.                                          :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :     DATE: MARCH 2, 2005
                                            :
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
THOMAS BYRNE, SR.                                          :   3:03 CV 182 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: MARCH 2, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
FRANK A. DiLORENZO                                         :   3:03 CV 183 (AWT)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: MARCH 2, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
DENNIS INCONSTANTI                                         :   3:03 CV 184 (MRK)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: MARCH 2, 2005
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
JOHN J. MELILLO                                            :   3:03 CV 186 (RNC)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO.                                   :   DATE: MARCH 2, 2005
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
PEDRO S. RODRIGUEZ                                   :     3:03 CV 188 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :     DATE: MARCH 2, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
RICHARD STARR                                        :     3:03 CV 189 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :     DATE: MARCH 2, 2005
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT F. WRIGHT                                     :     3:03 CV 191 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :     DATE: MARCH 2, 2005
                                                     :
-----------------------------------------------------x
```

## AMENDED RULING[1] ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, plaintiff's Motions for Extension of Scheduling Order Deadlines, Atlas, 3:02 CV 2029 (DJS), Dkt. #29; Bettini, 3:02 CV 2030 (RNC), Dkt. #57; Fanning, 3:02 CV 2034 (SRU), Dkt. #52; Farley, 3:02 CV 2035 (WWE), Dkt. #52; Farruggio, 3:02 CV 2036 (CFD), Dkt. #57; Infantino, 3:02 CV 2038 (WWE), Dkt. #55; Sartori, 3:02 CV 2039 (PCD), Dkt. #56; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #48; Byrne, 3:03 CV 182 (CFD), Dkt. #45; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #50; Inconstanti, 3:03 CV 184 (MRK), Dkt. #53; Melillo, 3:03 CV 186 (RNC), Dkt. #28; Rodriguez, 3:03 CV 188 (JBA), Dkt. #53; Starr, 3:03 CV 189 (RNC), Dkt. #47; Wright, 3:03 CV 191 (RNC), Dkt. #54, are granted by agreement as follows:

All fact discovery shall be completed **on or before April 1, 2005**; plaintiff's expert report(s) shall be disclosed **on or before April 30, 2005**; plaintiff's expert(s) shall be deposed **on or before May 30, 2005**; defendant's expert report(s) shall be disclosed **on or before May 30, 2005**; and defendant's expert(s) shall be deposed **on or before June 30, 2005**.

Dated at New Haven, Connecticut, this 2nd day of March, 2005.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge

---

[1] The underlying motions requested that defendant's expert report(s) shall be disclosed on or before April 30, 2005; defendant's expert(s) shall be deposed on or before May 30, 2005; plaintiff's expert report(s) shall be disclosed on or before May 30, 2005; and plaintiff's expert(s) shall be deposed on or before June 30, 2005. The Ruling on Motions for Extension of Scheduling Order Deadlines, dated February 24, 2005, reflected the parties' request in their motions. However, such motions should have requested the following extensions: plaintiff's expert report(s) shall be disclosed on or before April 30, 2005; plaintiff's expert(s) shall be deposed on or before May 30, 2005; defendant's expert report(s) shall be disclosed on or before May 30, 2005; and defendant's expert(s) shall be deposed on or before June 30, 2005.