UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICKOLAS R. ATLAS<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv2029(DJS) |
| METRO-NORTH RR CO.<br>    Defendant | : |

### ORDER OF DISMISSAL

The plaintiff has personally represented to the Court that this case is settled. Therefore, the Court now orders that this case be **dismissed with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th    day of March, 2006.

    /s/DJS
Dominic J. Squatrito
United States District Judge